# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DYLAN KOENIG, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MORONG BROTHERS VOLKSWAGEN, | )    CASE NO. 2:23-cv-00293-LEW |
| | ) |
| and | ) |
| | ) |
| HORACE PARKER SOWLES, | ) |
| | ) |
|    Defendants | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Dylan Koenig and Defendants Morong Brothers Volkswagen and Horace Parker Sowles, by their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of Plaintiff's action with prejudice. Both parties waive all rights of appeal, and each party will bear its own costs.

So stipulated and agreed to this 22nd day of September, 2023.

          Respectfully submitted,

          */s/ Amy Dieterich*
          Amy Dieterich, Esq., Bar No. 5413
          Attorney for Plaintiff, Dylan Koenig
          SKELTON TAINTOR & ABBOTT
          500 Canal Street
          Lewiston, Maine 04240
          (207) 784-3200
          adieterich@sta-law.com

          /s/ Robert Bower, Esq.
          Robert W. Bower, Jr., Esq.
          Devin W. Deane, Esq.
          Joseph M. Mavodones, Esq.

        NORMAN, HANSON & DeTROY, LLC
        Two Canal Plaza
        P.O. Box 4600
        Portland, Maine 04112-4600
        (207) 774-7000
        rbower@nhdlaw.com
        ddeane@nhdlaw.com
        jmavodones@nhdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed this Stipulation of Voluntary Dismissal With Prejudice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the registered attorneys of record.

        ***/s/ Amy Dieterich***
        Amy Dieterich, Esq., Bar No. 5413
        Attorney for Plaintiff, Dylan Koenig
        SKELTON TAINTOR & ABBOTT
        500 Canal Street
        Lewiston, Maine 04240
        (207) 784-3200
        adieterich@sta-law.com